NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY BASTO, DOC #R11492,           )
                                    )
            Appellant,              )
                                    )
v.                                  )
                                    )     Case No.  2D18-856
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____     )

Opinion filed August 7, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

W. Charles Fletcher, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.